**UNITED STATES BANKRUPTCY COURT**
1300 CLAY STREET, SUITE 300
OAKLAND CA 94612
(510) 879-3565





July 3, 2007

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Ave.
P. O. Box 36060
San Francisco CA 94102

Re: Case Name: Plan Compliance Group, Ltd.  Case # 05-49454 RN 7
    Adversary Case : Kendall v. Hartford Fire Insurance Co.  AP # 07-4082 AN

Dear Mr. Wieking,

Enclosed please find a Notice and Motion for Withdrawal of Reference; Memorandum of Points and Authorities in Support Thereof with a separate Request for Court to Take Judicial Notice.

Pursuant to B.L.R. 5011-2(b), I am transmitting these documents for the purpose of assignment to a District Court Judge.

Please provide an acknowledgment of receipt and assignment of case number, if appropriate, by returning a copy of this letter.

Very truly yours,

Phyllis L. Wright

/pw

enc.