**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                         General Court Number
Clerk                                                                                   415.522.2000

TO COUNSEL:

DATE:   August 14, 2007

RE:   **CV 07-03713 MJJ : IN RE: PLAN COMPLIANCE GROUP-v-IN RE: PLAN COMPLIANCE GROUP**

BANKRUPTCY CASE NUMBER: **05-49454 RN 7; Adv. Proc. 07-04082**

    The motion for <u>Withdrawal of Reference</u> which was submitted to this office has been assigned the above referenced case number.

    Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator