**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: PLAN COMPLIANCE GROUP           No. C07-03713 MJJ

**ORDER TO SHOW CAUSE**

_____/

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion for Withdrawal of Reference, which is scheduled for hearing on December 4, 2007.  (Docket No. 6.)  Under the Civil Local Rules, the opposition was due three weeks before the hearing date.  This hearing is hereby **VACATED**.

Plaintiff is hereby **ORDERED** to show good cause in writing, by December 11, 2007, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

Plaintiff is **ORDERED** to file an opposition or statement of non-opposition concurrently with the response to this order to show good cause.  Defendant may file a reply one week after Plaintiff's opposition is filed.  Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: November 16, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE