WILLIAM E. ADAMS #153330
DAWN NEWTON #209002
MICHAEL D. GOWE #226989
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com

Attorneys for John T. Kendall, Chapter 7 Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| In re<br><br>PLAN COMPLIANCE GROUP, LTD.,<br><br>Debtor.<br><br>―――――――――――――――<br>JOHN T. KENDALL, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation,<br><br>Defendant. | Case No.: 3:07-cv-03713 MJJ<br><br>**DECLARATION OF WILLIAM E. ADAMS IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

I, WILLIAM E ADAMS, declare as follows:

1. I am a partner with the law firm Fitzgerald Abbott & Beardsley LLP, and represent Plaintiff John T. Kendall, Chapter 7 Trustee, a party to this action. I have personal knowledge of the matters set forth herein, unless otherwise stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2. On November 16, 2007, I received, though electronic service, the Court's Order

1

DECLARATION OF WILLIAM E. ADAMS IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE
CASE NO.: 3:07-CV-03713 MJJ

11/21/07 (23678) #285764.1

1  To Show Cause of that same date. In the its Order, the Court instructed Plaintiff to show good
2  cause, in writing by December 11, 2007, why no opposition or statement of non-opposition had
3  been filed to filed to date, and why any tardy filing should be considered in light of the
4  applicable local rules and this Court's Standing Order for civil cases.
5      3.    I only became aware that the Plaintiff's opposition was tardy upon receipt of the
6  Court's November 16, 2007 Order To Show Cause. I had previously believed that the deadline
7  to oppose the motion to withdraw by Defendant Hartford Fire Insurance Company was
8  November 20, 2007. My belief was based upon a reliance on a computer calendaring program
9  that set the date to November 20, 2007. It is now my understanding that this discrepancy was
10 due to the program's erroneous application of bankruptcy court deadlines to this district court
11 matter. Please find a printout of the calendaring data applicable to this matter, as relied upon me
12 here, attached hereto as Exhibit "A." As seen on page 2 of Exhibit A, November 20, 2007 is
13 listed as the last date upon which to file and serve an opposition to Defendant's motion.
14     4.    I regret the delay and inconvenience caused by this calendaring error and
15 respectfully request that the Court fully consider Plaintiff's opposition, filed concurrently
16 herewith, in its determination of Defendant's motion to withdraw.
17     I declare under penalty of perjury as set forth under the laws of the United States that the
18 foregoing is true and correct and that this declaration was executed on November 21, 2007, in
19 Oakland, California.



William E. Adams

2

DECLARATION OF WILLIAM E. ADAMS IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

11/21/07 (23678) #285764.1

# EXHIBIT A

## Matters Listing with Events Reports

Search Description:
7810-23678 - Matter

| Client | Matter Description | Area of Law | Matter ID |
|---|---|---|---|
| Kendall, John | U.S. Bankruptcy Court, Northern District of | Bankruptcy | 7810-23678 |

| Event Date | Initials | Notes |
|---|---|---|
| 5/18/2007 | WEA, DN, MDG, MVE, SJ | Complaint filed |
| 5/25/2007 | WEA, DN, MDG, MVE, SJ | Summons issued (on a complaint) |
| 5/31/2007 | MVE, SJ, WEA, DN, MDG | KENDALL Complaint served on HARTFORD FIRE INS by hand - accepted by Hartford's attorney |
| 6/7/2007 | WEA, DN, MDG, MVE, SJ | First day a party may move, with or without affidavits, for summary judgment (unless the adverse party has already served a summary judgment motion) |
| 6/11/2007 | MVE, SJ, WEA, DN, MDG | L/D to serve and file a written jury demand (when the complaint is the last pleading directed to a jury issue) |
| 6/25/2007 | WEA, DN, MDG, MVE, SJ | L/D Defendant HARTFORD INSURANCE to plead in response to the complaint or to move for a more definite statement or to move to strike (which when filed by non-governmental corporate parties must be accompanied by a Disclosure statement) (or within twenty (2) days following the service of a summons on the initial pleading in a removed action, or within five (5) court days after the filing of a notice of removal, whichever is later) (except when the served party is the United States or an agency or corporation of the United States or an Officer or employee of the United States sued in his or her individual or official capacity) |
| 6/25/2007 | WEA, DN, MDG, MVE, SJ | L/D Plaintiff KENDALL to amend the complaint as a matter of course (when no responsive pleading to the complaint has been served) |
| 6/28/2007 | MVE, SJ, WEA, DN, MDG | HARTFORD FIRE INS Answer served (by mail, electronic means or otherwise under FRCP 5(b)(2)(c) or (d)) |
| 7/3/2007 | MVE, SJ, WEA, DN, MDG | L/D for the parties to confer to consider the nature and basis of their claims and defenses, the possibility for settlement or resolution, to make or arrange for frcp 26(a)(1) disclosures and to develop a discovery plan. **advisory: once this scheduling conference has been scheduled, docket the frcp 26(f) conference event to generate the deadlines to make initial disclosures and to submit the discovery plan -- Discovery Conference (in person or by telephone) - Kendall to initiate contact re: arrangement of conference, arrange to make initial disclosuresrequired by Rule 26(a) |
| 7/9/2007 | MVE, SJ, WEA, DN, MDG | L/D HARTFORD FIRE INS the defending party may file a third-party complaint without leave of court |
| 7/11/2007 | WEA, DN, MDG, MVE, SJ | L/D to file and serve the motion, the notice of hearing, supporting declarations and memoranda (unless made during course of trial) |
| 7/18/2007 | MVE, SJ, WEA, DN, MDG | L/D HARTFORD FIRE INS to amend the answer as a matter of course (if the action has not been placed on the trial calendar) |
| 7/23/2007 | MVE, SJ, WEA, DN, MDG | L/D KENDALL to move to strike HARTFORD FIRE INS answer |
| 7/25/2007 | MVE, SJ, WEA, DN, MDG | Scheduling conference or scheduling order due |
| 7/25/2007 |  | L/D KENDALL to file and serve opposition or statement of no opposition TO |

## Matters Listing with Events Reports

Search Description:
7810-23678 - Matter

| Client | | Matter Description | Area of Law | Matter ID |
|---|---|---|---|---|
| | WEA, DN, MDG, MVE, SJ | HARTFORD FIRE INS MOTION FOR WITHDRAWAL OF REFERENCE | | |
| 7/25/2007 9:30 AM | WEA, DN, MDG, MVE, SJ | Initial status conference in an adversary proceeding, U.S. Bankruptcy Court, N. District of Calif., ROOM 220, 1300 Clay St., 2nd Floor | | |
| 7/30/2007 | WEA, DN, MDG, MVE, SJ | L/D HARTFORD FIRE INS to file and serve reply RE MOTION FOR WITHDRAWAL OF REFERENCE | | |
| 8/8/2007 9:30 AM | WEA, DN, MDG, MVE, SJ | Hearing on HARTFORD FIRE INS Motion for WITHDRAWAL OF REFERENCE, US Bkrpcty - Oakland, 9:20 am, Crtrm: 220. | | |
| 8/24/2007 | WEA, DN, MDG, MVE, SJ | L/D to serve and file a certification of discussion and consideration of adr options | | |
| 9/17/2007 | WEA, DN, MDG, MVE, SJ | L/D for PCG to deliver or mail the summons and complaint (if service made pursuant to frcp 4(e)-(j) or by any authorized form of mail) | | |
| 9/17/2007 | WEA, DN, MDG, MVE, SJ | L/D for the plaintiff PCG to serve the summons and complaint | | |
| 9/28/2007 | MVE, SJ, WEA, DN, MDG | L/D for the court to enter a scheduling order (and within ninety (90) days after the appearance of a defendant, whichever is earlier) | | |
| 10/11/2007 | MDG, MVE, SJ, DN, WEA | L/D to give notice by mail of the hearing on an entity's request for compensation or reimbursement of expenses | | |
| 10/31/2007 10:00 AM | MDG, MVE, SJ, DN, WEA | Hearing on FABs request for compensation and reimbursement of expenses - Chief Judge Randall S. Newsome presiding, Oakland Bankruptcy Court | | |
| 11/6/2007 | DN, WEA, MVE, MDG, SJ | L/D to file and serve the motion, the notice of hearing, supporting declarations and memoranda (unless made during course of trial) | | |
| 11/20/2007 | DN, WEA, MVE, MDG, SJ | L/D to file and serve opposition or statement of no opposition | | |
| 11/21/2007 | DN, WEA, MVE, MDG, SJ | L/D to file and serve reply | | |
| 12/4/2007 | DN, WEA, MVE, MDG, SJ | Motion hearing date re withdrawal of reference, 9:30am | | |