IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | No. **C-07-3713 MJJ** |
| **PLAN COMPLIANCE GROUP, LTD.,** | **Clerk's Notice** |
| Debtor. / | |
| **JOHN T. KENDALL, Chapter 7 Trustee,** | |
| Plaintiff, | |
| vs. | |
| **HARTFORD FIRE INSURANCE COMPANY**, | |
| Defendant. / | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on *Defendant's Motion for Withdrawal of Reference* for **Tuesday, February 5, 2008 at 9:30 a.m.** before the Honorable Martin J. Jenkins.

Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 12/12/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R.B. Espinosa
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.