**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JOHN KENDALL,**

        Plaintiff(s),

  v.

**HARTFORD FIRE INSURANCE CO.**

        Defendant(s),
                                     /

No. **C07-03713 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Defendant's Motion to Withdraw Reference** scheduled for **February 5, 2008,** before the Honorable Martin J. Jenkins is hereby **vacated.** Parties will be notified of a new date and time soon.

Dated: January 31, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: 

    Monica Narcisse
    Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.