IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDALL,

    Plaintiff,

  v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.
                                 /

No. C 07-03713 CW

CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Defendant Harford Fire Insurance Company's Motion to Withdraw Reference under submission on the papers. The hearing previously scheduled for March 20, 2008, is vacated.

Dated: 3/18/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk