IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. KENDALL, Chapter 7 Trustee,<br><br>            Plaintiff,<br><br>    v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>            Defendant.<br>_____/ | No. C 07-03713 CW<br><br>B.C. No. 05-49454 RN<br>ADV. No. 07-04082 AN<br><br>ORDER REFERRING<br>MOTION TO WITHDRAW<br>REFERENCE TO<br>BANKRUPTCY JUDGE FOR<br>RECOMMENDATION |

Pursuant the Court's Order Tentatively Granting in Part Defendant's Motion to Withdraw Reference and Requesting Recommendation from Bankruptcy Judge, Defendant's Motion to Withdraw Reference is hereby referred to the Honorable Randall Newsome, United States Bankruptcy Judge, for a recommendation.

IT IS SO ORDERED.

Dated:  3/21/08

CLAUDIA WILKEN
United States District Judge

cc:  Wings

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

KENDALL et al,

            Plaintiff,

  v.

HARTFORD FIRE INSURANCE
COMPANY et al,

           Defendant.
_____/

Case Number: CV07-03713 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Manager
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA  94612

Honorable Randall Newsome
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA  94612

Dated: March 21, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California