FILED
MAR 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John T. Kendall, Ch 7 Trustee,<br><br>    Plaintiff,<br>v.<br><br>Hartford Fire Insurance Company,<br><br>    Defendant. | NO. C 07-03713CW<br><br>BC No. 05-49454RN<br>ADV. No. 07-04082AN<br><br>RECOMMENDATION RE: MOTION<br>TO WITHDRAW THE REFERENCE |

The undersigned having reviewed the District Judge's tentative order granting in part the defendant's motion to withdraw the reference, and finding no impediment to retaining this adversary proceeding for the adjudication of all pretrial proceedings, it is hereby recommended that this adversary proceeding not be withdrawn until it is ready for a trial setting by the District Judge.

Dated: 3/25/08

Randall J. Newsome
Chief Bankruptcy Judge

United States Bankruptcy Court
Northern District of California