United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. KENDALL, Chapter 7 Trustee,<br><br>            Plaintiff,<br><br>    v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>            Defendant.<br>_____/ | No. C 07-3713 CW<br><br>FINAL ORDER GRANTING IN PART DEFENDANT'S MOTION TO WITHDRAW REFERENCE<br><br>B.C. No. 05-49454 RN<br>ADV. No. 07-04082 AN |

On March 19, 2008, the Court issued an order tentatively granting in part and denying in part Defendant's motion to withdraw the reference of this case to the bankruptcy court, pending the bankruptcy judge's recommendation on the matter. On March 25, 2008, the bankruptcy judge issued a recommendation agreeing with the Court's tentative disposition. Accordingly, for the reasons set forth in the March 19 order, the Court GRANTS IN PART and DENIES IN PART Defendant's motion to withdraw the reference. The reference will be withdrawn after Defendant has made a timely jury demand and once the bankruptcy court notifies this Court that the case is ready for trial. The bankruptcy court will retain

1  jurisdiction over all pretrial matters.

2      IT IS SO ORDERED.

4  Dated: 3/28/08

    CLAUDIA WILKEN
    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KENDALL et al,

        Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY et al,

        Defendant.

Case Number: CV07-03713 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**U.S. Bankruptcy Manager**
U.S. Bankruptcy Court
1300 Clay Street
Suite 300
Oakland, CA 94612

**Judge Randall J. Newsome**
Suite 300
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94604-2070

Dated: March 28, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk