United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN T. KENDALL, Chapter 7 Trustee,          No. 07-03713 CW

      Plaintiff,                          ORDER FOR STATUS
                                 REPORT
  v.

HARTFORD FIRE INSURANCE COMPANY,             B.C. No. 05-49454 RN
                                 ADV. No. 07-04082 AN
      Defendant.
_____/

     On March 28, 2008, this Court issued a Final Order Granting in Part Defendant's Motion to Withdraw Reference wherein the Court referred the above-captioned case back to the Bankruptcy Court for all pretrial matters.  Accordingly,

     IT IS HEREBY ORDERED that on or before January 28, 2009, and every six months thereafter, the parties shall file with the Court a joint status report regarding the status of this case before the Bankruptcy Court.

          12/12/08
Dated _____       _____
                             CLAUDIA WILKEN
                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KENDALL et al,

        Plaintiff,

  v.

HARTFORD FIRE INSURANCE COMPANY et al,

        Defendant.
_____/

Case Number: CV07-03713 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**U.S. Bankruptcy Manager**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

**Judge Randall J. Newsome**
United States Bankruptcy Court
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604-2070

Dated: December 12, 2008

Richard W. Wieking, Clerk

By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California

2