IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN T. KENDALL, Chapter 7 Trustee,

    Plaintiff,

  v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.
_____/

No. C 07-03713 CW

ORDER FOR STATUS REPORT

On December 12, 2008, the Court issued an order for the parties to file, on or before January 28 and every six months thereafter, a status report regarding the status of this case before the Bankruptcy Court. On January 28, 2009, the parties filed a joint status report indicating that they have reached a settlement contingent on the Bankruptcy Court's approval. However, no further status report has been filed since that date.

Therefore, the parties are ordered to file a joint status report regarding the status of the case and before the Bankruptcy Court. This report is due seven days from the date of this order. If the case has not settled, the parties are ordered to file further status reports every six months thereafter.

    IT IS SO ORDERED.

Dated: 8/21/09

CLAUDIA WILKEN
United States District Judge